United States District Court
Southern District of Texas
**ENTERED**
June 05, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Alisha Mitchell, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | |
| | § | Civil Action No. H-23-837 |
| University of Houston, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Defendant, University of Houston, has filed a Motion to Dismiss (docket no. 9). The motion seeks dismissal pursuant to Fed. R. Civ. P. 12(b)(6). The court's normal practice is to allow only one dispositive motion per party, and the court sees no reason to make an exception in this case. If the University of Houston's motion to dismiss is denied, the court will therefore not allow it to file a motion for summary judgment. If the University of Houston wishes to withdraw the motion to dismiss, the court will enter a docket control order that includes a date for motions for summary judgment. The court requests that the Houston of Houston inform the court of its decision by **June 12, 2023**.

**SIGNED** at Houston, Texas, on this 5th day of June, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE