UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ALISHA MITCHELL, *Plaintiff*, | § § § | |
| v. | § § § | Civil Action No. 4:23-cv-837-SL **JURY TRIAL DEMANDED** |
| UNIVERSITY OF HOUSTON, *Defendant*. | § § | |

### DEFENDANT THE UNIVERSITY OF HOUSTON'S NOTICE OF WITHDRAWAL OF DEFENDANT'S MOTION TO DISMISS

TO THE HONORABLE SIM LAKE, U.S. DISTRICT JUDGE:

Defendant The University of Houston ("Defendant") respectfully submits this Notice of Withdrawal of Defendant's Motion to Dismiss.

In light of the Court's order signed June 5, 2023 (Dkt.10), Defendant withdraws its Motion to Dismiss filed May 30, 2023 (Dkt. 9).

Because Defendant is withdrawing its Motion to Dismiss, it is filing its answer to Plaintiff's Original Complaint in its place.

Dated: June 12, 2023.

Respectfully submitted,

JOHN SCOTT
Provisional Attorney General

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN COWLES
Deputy Attorney General for Civil Litigation

KIMBERLY GDULA
Deputy Chief, General Litigation Division

RYAN KERCHER
Deputy Chief, General Litigation Division

/s/ Christina Cella
CHRISTINA CELLA
Assistant Attorney General
Texas State Bar No. 24106199
Telephone (512) 475-2952
Email: christina.cella@oag.texas.gov

*Pending admission:*

/s/ Terri M. Abernathy
TERRI M. ABERNATHY
Assistant Attorney General
Texas State Bar No. 24062894
Telephone (512) 936-0562
Email: terri.abernathy@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
Division Fax (512) 477-2348

*Counsel for Defendant,*
*The University of Houston*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2023, a true and correct copy of the foregoing instrument was filed via the Court's CM/ECF system, causing electronic service upon all counsel of record in accordance with the Federal Rules of Civil Procedure as follows:

Alisha Mitchell
c/o Mauro Ramirez
Ramirez Law, PLLC
1980 Post Oak Blvd., Suite 100, Houston, Texas 77056
Phone (713) 955-3480
*Counsel for Plaintiff Alisha Mitchell*
*Via e-Mail to* mauro@ramirezpllc.com

/s/ Christina Cella
CHRISTINA CELLA
Assistant Attorney General