United States District Court
Southern District of Texas
**ENTERED**
June 13, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | |
|---|---|
| Alisha Mitchell, § | |
| § | |
| Plaintiff, § | |
| v. § | Civil Action No. H-23-837 |
| § | |
| University of Houston, § | |
| § | |
| Defendant. § | |

### ORDER

Defendant, University of Houston, has filed a Notice of Withdrawal of its Motion to Dismiss (docket no. 12).

It is, therefore, **ORDERED** that Defendant University of Houston's Motion to Dismiss (docket no. 9) is **DENIED as moot**.

**SIGNED** at Houston, Texas, on this 13th day of June, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE